UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1119 (L)
(3:17-cv-00072-NKM-JCH)

ELIZABETH SINES, *et al.*,

        Plaintiffs-Appellees/Cross-Appellants,

v.

MICHAEL HILL, *et al.,*

        Defendants-Appellants/Cross-Appellees,

**MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 46(c), Plaintiffs-Appellees/Cross Appellants ("Plaintiff-Appellees") respectfully request the withdrawal of the appearance of Jacqueline Sahlberg as counsel on their behalf. As of June 9, 2023, Jacqueline Sahlberg will no longer be affiliated with Kaplan Hecker & Fink LLP.

Plaintiffs-Appellees have been provided notice of this withdrawal and will continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

By: _____
Jacqueline Sahlberg
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
jsahlberg@kaplanhecker.com

*Counsel for Plaintiffs-Appellees/ Cross-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I served the following via ECF:

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Cross-Appellee James A. Fields, Jr.*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Cross-Appellees Matthew Heimbach, Matthew Parrott, and Traditionalist Worker Party*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
JIM@TradLawyer.com

*Counsel for Cross-Appellees Nathan Damigo and Identity Europa, Inc. (Identity Evropa)*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015

1420 Cardinal Road
Charleston, WV 25314
edward@rebrooklaw.com
rebrooklaw@gmail.com

*Counsel for Cross-Appellees Matthew Heimbach, Matthew Parrott, Traditionalist Worker Party, National Socialist Movement, and Nationalist Front*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Cross-Appellees Michael Hill, Michael Tubbs, and League of the South*

# CERTIFICATE OF SERVICE

I further hereby certify that on June 8, 2023, I also served the following via electronic mail:

Christopher Cantwell
christopher.cantwell@gmail.com

I further hereby certify that on June 8, 2023, I also served the following by physical mail:

| | |
|---|---|
| Jason Kessler<br>6256 Bullet Dr.<br>Crestview, FL 32536 | Richard Spencer<br>734 Clearwater Drive<br>Whitefish, MT 59937 |
| 1100 Wythe Street, Unit 1812<br>Alexandria, VA 22313 | |
| Vanguard America<br>c/o Dillon Hopper<br>383 Hazzard Street<br>Scottsburg, IN 47170 | Moonbase Holdings, LLC<br>c/o Andrew Anglin<br>6827 N. High Street, Ste. 121<br>Worthington, OH 43085 |
| | P.O. Box 208<br>Worthington, OH 43085 |
| Robert "Azzmador" Ray<br>22345 Cherry Lane<br>Frankston, TX 75763 | Elliott Kline a/k/a Eli Mosley<br>117 Mesa Drive<br>Reading, PA 19608 |
| Jeff Schoep<br>PO Box 66335<br>Roseville, MI 48066 | Augustus Sol Invictus<br>424 E. Central Blvd #156<br>Orlando, FL 32801 |
| Fraternal Order of the Alt-Knights<br>c/o Kyle Sean Chapman<br>52 Lycett Circle<br>Daly City, CA 94015 | Loyal White Knights of the Ku Klux Klan<br>c/o Chris and Amanda Barker<br>2364 US Highway 158 E<br>Yanceyville, NC 27379 |
| East Coast Knights of the Ku Klux Klan<br>a/k/a East Coast Knights of the True Invisible Empire<br>26 South Pine St.<br>Red Lion, PA 17356 | |

<u>*/s/ Raymond P. Tolentino*</u>
Raymond P. Tolentino
KAPLAN HECKER & FINK LLP

*Counsel for Plaintiffs-Appellees/
Cross-Appellants*
