No. 23-1154

# In the United States Court of Appeals for the Fourth Circuit

ELIZABETH SINES, ET AL.,
PLAINTIFFS-CROSS-APPELLANTS,

v.

MICHAEL HILL, ET AL.,
DEFENDANTS-CROSS-APPELLEES.

**MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 46(c), Plaintiffs-Cross-Appellants respectfully request the withdrawal of the appearance of Melina M. Meneguin Layerenza as counsel on their behalf. As of July 1, 2023, Ms. Meneguin Layerenza will no longer be affiliated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Plaintiffs-Cross-Appellants have been provided notice of this withdrawal and will continue to be represented by remaining counsel of record from Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Dated: June 30, 2023

Respectfully submitted,

/s/ *Melina M. Meneguin Layerenza*
MELINA MENEGUIN LAYERENZA
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
   *1285 Avenue of the Americas*
   *New York, NY 10019*
   *(212) 373-3000*

*Counsel for Plaintiffs-Cross-Appellants*

2

# CERTIFICATE OF SERVICE

I, Melina M. Meneguin Layerenza, counsel for Plaintiffs-Cross-Appellants and a member of the Bar of this Court, certify that, on June 30, 2023, a copy of this motion was filed electronically through the appellate CM/ECF system and that a resulting electronic notice was sent to all counsel of record.

I further hereby certify that on June 30, 2023, I also served the following via electronic mail:

Christopher Cantwell
christopher.cantwell@gmail.com

I further hereby certify that on June 30, 2023, I caused to be served the following by physical mail:

Jason Kessler
6256 Bullet Dr.
Crestview, FL 32536

1100 Wythe Street, Unit 1812
Alexandria, VA 22313

Vanguard America
c/o Dillon Hopper
383 Hazzard Street
Scottsburg, IN 47170

Robert "Azzmador" Ray
22345 Cherry Lane
Frankston, TX 75763

Jeff Schoep
PO Box 66335

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Ste. 121
Worthington, OH 43085

P.O. Box 208
Worthington, OH 43085

Richard Spencer
734 Clearwater Drive
Whitefish, MT 59937

Elliott Kline a/k/a Eli Mosley
117 Mesa Drive
Reading, PA 19608

Augustus Sol Invictus
424 E. Central Blvd #156

Roseville, MI 48066

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the True Invisible Empire
26 South Pine St.
Red Lion, PA 17356

Fraternal Order of the Alt-Knights
c/o Kyle Sean Chapman
52 Lycett Circle
Daly City, CA 94015

Orlando, FL 32801

Loyal White Knights of the Ku Klux Klan
c/o Chris and Amanda Barker
2364 US Highway 158 E
Yanceyville, NC 27379

*/s/ Melina Meneguin Layerenza*

Melina Meneguin Layerenza

*Counsel for Plaintiffs-Cross-Appellants*