## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 23-1119(L)    Date of Oral Argument: 01/25/24

Caption: Elizabeth Sines v. Michael Hill

Attorney Arguing: Bryan Jones

Arguing on Behalf of (party name):
Michael Hill

Select party type:
☐ Appellant   ☐ Appellee   ☒ Appellant/Cross-Appellee   ☐ Appellee/Cross-Appellant   ☐ Amicus   ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Bryan Jones
Phone Number (day of argument): 5406236952

Principal Argument Time: 7    Rebuttal Argument Time (if any): 3
(for appellants and appellees)    (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: James E. Kolenich
Phone Number (day of argument): 5133240905

Principal Argument Time: 7    Rebuttal Argument Time (if any): 3
(for appellants and appellees)    (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:    Select one of the following: ☐ Order allowing argument time
                                                ☐ Court-Appointed Amicus

Signature: /s/ Bryan Jones    Date: 12/9/23