FILED: January 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1119 (L)
(3:17-cv-00072-NKM-JCH)
_____

ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR; APRIL
MUNIZ; MARCUS MARTIN; JOHN DOE; NATALIE ROMERO; CHELSEA
ALVARADO; THOMAS BAKER

> Plaintiffs - Appellees

 and

TYLER MAGILL; HANNAH PEARCE

> Plaintiffs

v.

MICHAEL HILL; MICHAEL TUBBS; LEAGUE OF THE SOUTH

> Defendants - Appellants

 and

JASON KESSLER; RICHARD SPENCER; CHRISTOPHER CANTWELL;
JAMES ALEX FIELDS, JR.; VANGUARD AMERICA; ANDREW ANGLIN;
MOONBASE HOLDINGS, LLC.; ROBERT AZZMADOR RAY; NATHAN
DAMIGO; ELLIOTT KLINE, a/k/a Eli Mosely; IDENTITY EVROPA;
MATTHEW HEIMBACH; DAVID MATTHEW PARROTT, a/k/a Matthew
Parrott; TRADITIONALIST WORKER PARTY; JEFF SCHOEP; NATIONAL
SOCIALIST MOVEMENT; NATIONALIST FRONT; AUGUSTUS SOL
INVICTUS; FRATERNAL ORDER OF THE ALT-KNIGHTS; MICHAEL

ENOCH PEINOVICH; LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN; EAST COAST KNIGHTS OF THE KU KLUX KLAN, a/k/a East Coast Knights of the True Invisible Empire

        Defendants

------------------------------

HUMAN RIGHTS CAMPAIGN FOUNDATION; LEGAL AID JUSTICE CENTER; SOUTHERN POVERTY LAW CENTER; VIRGINIA LAW PROFESSORS

Amici Supporting Appellees

_____

No. 23-1122
(3:17-cv-00072-NKM-JCH)
_____

ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR; APRIL MUNIZ; MARCUS MARTIN; JOHN DOE; NATALIE ROMERO; CHELSEA ALVARADO; THOMAS BAKER

        Plaintiffs - Appellees

 and

TYLER MAGILL; HANNAH PEARCE

        Plaintiffs

v.

NATHAN DAMIGO

        Defendant - Appellant

 and

JASON KESSLER; RICHARD SPENCER; CHRISTOPHER CANTWELL;

JAMES ALEX FIELDS, JR.; VANGUARD AMERICA; ANDREW ANGLIN;
MOONBASE HOLDINGS, LLC.; ROBERT AZZMADOR RAY; ELLIOTT
KLINE, a/k/a Eli Mosely; IDENTITY EVROPA; MATTHEW HEIMBACH;
DAVID MATTHEW PARROTT, a/k/a Matthew Parrott; TRADITIONALIST
WORKER PARTY; MICHAEL HILL; MICHAEL TUBBS; LEAGUE OF THE
SOUTH; JEFF SCHOEP; NATIONAL SOCIALIST MOVEMENT;
NATIONALIST FRONT; AUGUSTUS SOL INVICTUS; FRATERNAL
ORDER OF THE ALT-KNIGHTS; MICHAEL ENOCH PEINOVICH; LOYAL
WHITE KNIGHTS OF THE KU KLUX KLAN; EAST COAST KNIGHTS OF
THE KU KLUX KLAN, a/k/a East Coast Knights of the True Invisible Empire

        Defendants

------------------------------

HUMAN RIGHTS CAMPAIGN FOUNDATION; LEGAL AID JUSTICE
CENTER; SOUTHERN POVERTY LAW CENTER; VIRGINIA LAW
PROFESSORS

Amici Supporting Appellees

————————————

No. 23-1154
(3:17-cv-00072-NKM-JCH)

————————————

ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR; APRIL
MUNIZ; MARCUS MARTIN; JOHN DOE; NATALIE ROMERO; CHELSEA
ALVARADO; THOMAS BAKER

        Plaintiffs - Appellants

 and

TYLER MAGILL; HANNAH PEARCE

        Plaintiffs

v.

JASON KESSLER; RICHARD SPENCER; CHRISTOPHER CANTWELL;
JAMES ALEX FIELDS, JR.; VANGUARD AMERICA; ANDREW ANGLIN;
MOONBASE HOLDINGS, LLC.; ROBERT AZZMADOR RAY; NATHAN
DAMIGO; ELLIOTT KLINE; IDENTITY EVROPA; MATTHEW HEIMBACH;
DAVID MATTHEW PARROTT, a/k/a Matthew Parrott; MICHAEL HILL;
MICHAEL TUBBS; LEAGUE OF THE SOUTH; JEFF SCHOEP; NATIONAL
SOCIALIST MOVEMENT; NATIONALIST FRONT; AUGUSTUS SOL
INVICTUS; FRATERNAL ORDER OF THE ALT-KNIGHTS; LOYAL WHITE
KNIGHTS OF THE KU KLUX KLAN; EAST COAST KNIGHTS OF THE KU
KLUX KLAN, a/k/a East Coast Knights of the True Invisible Empire

   Defendants - Appellees

 and

MICHAEL ENOCH PEINOVICH

   Defendant

------------------------------

HUMAN RIGHTS CAMPAIGN FOUNDATION; LEGAL AID JUSTICE
CENTER; SOUTHERN POVERTY LAW CENTER; VIRGINIA LAW
PROFESSORS

   Amici Supporting Appellants

------------------------------

O R D E R

------------------------------

   Upon consideration of appellee's unopposed motion for increased argument

time, the court grants the motion and extends oral argument time to twenty-five (25)

minutes for each side.

      For the Court

      /s/ Nwamaka Anowi, Clerk