IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

RECEIVED
2024 JAN 12 P 2:32
U.S. COURT OF APPEALS
FOURTH CIRCUIT

ELIZABETH SINES,

Plaintiff-Appellees,

v.

MICHAEL HILL,

Defendant-Appellants.

Case No. 23-1119(L)

RESPONSE TO JOINT MOTION TO INCREASE TIME ALLOTTED FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 34(D)

Comes now Defendant Appellant Christopher Cantwell, pro se, in this response to the "joint" motion to increase time allotted for oral argument.

Though the Plaintiffs in their filing have stated that the parties consent, I discovered the date of the hearing through an email from Plaintiffs' Counsel Eric Bolton on January 4th, when he served me with this motion via email. Nobody had ever consulted me about such a motion.

This is a familiar pattern. It constitutes part of my appeal, that the Plaintiffs have willfully and repeatedly neglected to confer with me throughout this litigation, and that the District Court allowed their misconduct to continue unpunished, prejudicing my defense.

While the Plaintiffs stated their reason for excluding me for 14 months while I sat clueless in jail was an administrative error, no such excuse exists today while I have access to email and they have no trouble getting to me those things they wish me to get.

That said, my only objection to the motion, is the preposterous idea that there are two sides to this argument. The Plaintiffs get one allotment of time, and the Defendants another. This happened at the trial in the District Court, and the insufficiency of this was demonstrated then.

I have not heard one word from my co-defendants' counsel about this case since the appeals process began. They have not served me with any of their filings. They did not confer with me when they consented to the instant motion.

At trial, Mr. Kolenich went so far as to question Defendant Spencer as an adverse witness. Defendants other than myself pointed fingers at one another throughout the trial and closing arguments. We are not a team, and to treat us as one runs contrary to fact and prejudices us all.

The last I heard about an oral argument was when the Court sent me a letter stating that a previous hearing date for oral arguments had been postponed. The letter stated that I had been notified of the date being postponed. This was untrue. I had never received any such notification, but was glad to know the hearing I had no idea was to occur had been delayed.

A time will come when this case is reviewed by historians who have taken the time to understand what happened in Charlottesville Virginia in August of 2017.

There is ample video and documentation to show that the Plaintiffs have deceived the Court and the public and the Jury, beginning before the events took place. This was a plan, by them, and all who care to know the truth today are well aware of this.

If this Court continues to allow this charade to go on while they flout the rules and try to exclude me from the proceedings, it will be judged harshly by history.

Respectfully Submitted,

Christopher Cantwell, Pro Se

January 7th 2024

*[Signature: Chris Cantwell]*



# PRIOR
# MAI

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of c

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

RE
U.S.

## TRACKED ■ INSURED

To schedule free Pack
scan the QR c





EP14F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PI

```
                                    US POSTAGE & FEES PAID        062S0014950081
                                    PRIORITY MAIL                 9746840
                            P       ZONE 4 FLAT-RATE ENVELOPE
                                    ComBasPrice                   FROM 03104

                                                                  stamps
                                    [barcode]                     endicia
                                                                  01/08/2024

                            USPS PRIORITY MAIL ®

                            CHRISTOPHERCANTWELL.COM
                            497 HOOKSETT ROAD
                            UNIT 312
                            MANCHESTER NH 03104


                            SHIP    NWAMAKA ANOWI CLERK
                            TO:     US COURT OF APPEALS FOR THE FOURTH CIRCUIT
                                    1100 E MAIN ST STE 501
                                    RICHMOND VA 23219
```



USPS TRACKING #

9405 5112 0623 9817 1281 65

Order: Case No. 231119(L)